85,182-01

9-7-16

Abel Sanchez
Beeville, TX

Court of Criminal Appeals
Austin, TX

Ref: WR-85,182-01

Thank you in advance for your assistance. Could you please send me an Activity Sheet on WR-85,182-01? I would appreciate your assistance.

Thank You,
X- Abel Sanchez Jaimes.

TDCJ# 2022670    E-2-28
Garza east
4304 HWY 202
BEEVILLE, TX 78102

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 15 2016

Abel Acosta, Clerk